UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No.: 7:17-CR-00086-1H

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | ORDER TO SEAL |
| vs. ) | |
| ) | |
| ) | |
| COTOMI JAMEL COOPER, ) | |
| Defendant ) | |

Upon motion of the court appointed counsel, Myron T. Hill, Jr., for the above referenced defendant, it is hereby ORDERED that Docket Number 273 be sealed until such time as requested to be unsealed by Defense Counsel.

This the 5th day of November, 2018.

_____
Malcolm J. Howard
Senior United States District Judge